UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY J. WANG,

    Plaintiff,                        No. 18-12924

v.                                      Hon. Nancy G. Edmunds

BOARD OF REGENTS OF THE UNIVERSITY
OF MICHIGAN operating as the UNIVERSITY
OF MICHIGAN, and NANCY HOBBS, individually
and in her official capacity.

    Defendants.
_____/

## ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS

Plaintiff Amy J. Wang filed suit against Defendants, Board of Regents of the University of Michigan operating as the University of Michigan and Nancy Hobbs, individually and in her official capacity, in this Court on September 17, 2018.

While Plaintiff's complaint does allege violations of 42 U.S.C. § 1983 and the United States Constitution, Plaintiff's complaint also presents claims based on state law. Since the parties to this matter are nondiverse, this Court declines to exercise supplemental jurisdiction over the latter claims so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c)(4); *Moor v. Cty. of Alameda*, 411 U.S. 693, 716 (1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994). Thus, pursuant to 28 U.S.C. § 1367(c), all of Plaintiff's state law claims including, but not limited to, violation of the Michigan Whistleblowers' Protection Act (Count III) and violation of Michigan's established public policy (Count IV) are hereby DISMISSED WITHOUT PREJUDICE. The Court will retain jurisdiction over Plaintiff's federal claims only.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: October 17, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 17, 2018, by electronic and/or ordinary mail.

        s/Lisa Bartlett
        Case Manager