UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Amy Wang,

                Plaintiff(s),

v.                                           Case No. 2:18−cv−12924−NGE−RSW
                                             Hon. Nancy G. Edmunds

Board of Regents of the
University of Michigan, et al.,

                Defendant(s),

## NOTICE TO APPEAR

    You are hereby notified to appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 805, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  December 4, 2018 at 10:15 AM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/L. Bartlett
                                                             Case Manager

Dated:  November 14, 2018