UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY J. WANG,

      Plaintiff,

vs.

      Case No. 18-12924
      Hon. Nancy G. Edmunds
      Mag. R. Steven Whalen

BOARD OF REGENTS OF THE UNIVERSITY
OF MICHIGAN operating as the UNIVERSITY
OF MICHIGAN, and NANCY HOBBS, individually
and in her official capacity,

      Defendants.
_____/

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEY FEES OR COSTS

Plaintiff and Defendants, through their respective counsel, having stipulated to the dismissal of this case with prejudice, and without costs or attorney fees to either party, and the Court being otherwise fully advised in all the premises,

IT IS ORDERED that Plaintiff's Complaint and this cause of action is hereby dismissed, with prejudice and without costs or attorney fees to either party.

      s/ Nancy G. Edmund
      HON. NANCY G. EDMUNDS
      District Court Judge

So Stipulated and Agreed:

| | |
|---|---|
| GASIOREK, MORGAN, GRECO McCAULEY & KOTZIAN, P.C. | DICKINSON WRIGHT, PLLC |
| _s/Sam Morgan, (P-36694)_ | _s/Timothy H. Howlett (P24030)_ |
| Attorney for Plaintiff | Attorney for Defendant |
| 30500 Northwestern Hwy, Suite 425 | 500 Woodward Avenue, Suite 4000 |
| Farmington Hills, MI  48334 | Detroit, Michigan  48226 |
| (248) 865-0001 | (313) 223-3500 |
| smorgan@gmgmklaw.com | thowlett@dickinsonwright.com |

December 7, 2018